John B. Blake, Appellant, v. Emma Shoemaker, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Smith, P. J., dissenting.

Charles H. Carter, Respondent, v. The Village of Waterford, Appellant, Impleaded with Anthony J. Weaver and Others.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Maynard N. Clement, as State Commissioner of Excise of the State of New York, Respondent, v. Margaret E. Bero and American Surety Company of New York, Appellants.— Judgment affirmed, with costs. All concurred, except Kellogg and Sewell, JJ., dissenting.

Myron Combs, Respondent, v. Louis W. Emerson and Others, Doing Business under the Firm Name and Style of the Warrensburgh Water Company, Appellants.— Judgment and order unanimously affirmed, with costs.

Eva Davis, Appellant, v. Lucy Sanford, Respondent.— Judgment and order unanimously affirmed, with costs.

John S. Drew, Appellant, v. Lucy Sanford, Respondent.— Judgment and order unanimously affirmed, with costs.

Elijah H. Everett, as Administrator, etc., of Dorcas A. Everett, Deceased, Respondent, v. The Village of Waverly, Appellant.— Judgment and order unanimously affirmed, with costs.

Thomas Fitch, Respondent, Appellant, v. Delia Bolden, as Executrix, etc., of David Jamission, Deceased, Appellant, Respondent.— Judgment unanimously affirmed, with costs against the defendant. Order unanimously affirmed, with ten dollars costs and disbursements against the plaintiff.

Emma Hayner, Appellant, v. Nelson P. Tilley, Respondent.— Judgment unanimously affirmed, with costs.

Willard A. Hull, Respondent, v. United Traction Company, Appellant.—Judgment and order affirmed, with costs. All concurred, except Kellogg, J., dissenting.

James S. Jackson, as Surviving Partner of the Firm of Edward Jackson and James S. Jackson. Respondent, v. Ernest Jenkins and Martha Jenkins, Appellants.— Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer on payment of costs in this court and in the court below. All concurred.

Martha P. Johnston, Respondent, v. James A. Noble, Appellant.— Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer upon payment of costs of this appeal and at Special Term. All concurred.

Francis Elmore Kirnan, by Charles A. Burke, His Guardian ad Litem, Appellant, v. The New York and Ottawa Railway Company, Respondent.— Judgment and order unanimously affirmed.

Abraham D. Lent, Respondent, v. New Paltz, Highland and Poughkeepsie Traction Company, Appellant.— Interlocutory judgment affirmed, with costs, and with leave to defendant on payment of such costs and of the costs at Special Term to withdraw demurrer and serve an answer within twenty days. All concurred.

Edward H. Litchfield, Respondent, v. Edward A. Bond and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.